AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

OCT 1 6 2018

for the

Southern District of Texas

Clerk of Court

United States of America
v.

Roberto ZAMORANO
(YOB: 1993, COB: U.S.)

~~Defendant(s)~~

)
)
)
)
)
)

SEALED Case No M-18-2127-M
(Related: M-18-2066-M)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 05, 2018___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowing or in reckless disregard of the fact that Santos GUEVARA-Montano (COB: El Salvador), Jose Adrian GAITAN-Guevara (COB: El Salvador) and two (2) others, for a total of four (4), who were aliens, who had come to, entered or remains in the United States in violation of law, conceals, harbors, or shields from detection or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation; to wit: harboring, transportation, and conspiracy to transportation by vehicle near Weslaco, Texas. |
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

✓ Continued on the attached sheet.

Approved LAURA GARCIA

_____
Complainant's signature

Gerardo Ramirez, H.S.I. Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: ___10/16/2018___

_____
Judge's signature

City and state: ___McAllen, Texas___

J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

Attachment "A"

On October 5, 2018, at approximately 11:15 a.m., Homeland Security Investigation (HSI) Task Force Officer (TFO) was conducting surveillance on a target location in the Progreso, Texas area when agents spotted a black Chevrolet Tahoe passed the location. Agents followed the black Tahoe to the H.E.B. grocery store in Weslaco, Texas. Agents observed a white Chevrolet Tahoe arrive and park next to the black Tahoe. Agents observed four individuals exit the black Tahoe and enter the white Tahoe. Agents maintained surveillance of the white Tahoe as it left the H.E.B. parking lot. During the surveillance, Agents noticed that the white Tahoe was being followed by a black Chrysler 300. Agents followed the white Tahoe and black Chrysler 300 to 2613 Carnation Circle in Donna, Texas. Agents maintained surveillance when they observed the black 300 leave the residence.

A Hidalgo County Sheriff's Office Deputy conducted a traffic stop of the black Chrysler and identified the two of the passengers in the vehicle as, Laura HUERTA and Jeanette HUERTA. HSI TFO and Border Patrol Agent (BPA) approached J. HUERTA and L. HUERTA at the traffic stop. Both females stated they were the owners of the residence in Donna, Texas and gave verbal and written consent to search the property.

Agents conducted a search of the residence and encountered four individuals who were determined to be undocumented aliens (UDAs). The four UDAs, including Jose Adrian GAITAN-Guevara and Santos Samuel GUEVARA-Montano, citizens of El Salvador, were arrested for being illegally present within the United States. L. HUERTA and J. HUERTA were placed under arrest for violations of 8 U.S.C. Section 1324 and transported to the Weslaco Border Patrol Station.

J. HUERTA was read her Miranda Rights in her preferred language of English. J. HUERTA waived her rights in writing and consented to speak with agents without an attorney present. J. HUERTA gave the following non-verbatim statements:

J. HUERTA stated that she and her two sisters are the owners of the residence in Donna where the UDAs were located. J. HUERTA stated that on October 5th, she transported the UDAs in a white Tahoe from the H.E.B. in Weslaco to the residence in Donna. J. HUERTA positively identified Roberto ZAMORANO in a photo lineup. J. HUERTA stated that ZAMORANO was driving the black Tahoe and transferred the UDAs to her.

GAITAN-Guevara and GUEVARA-Montano were read their Miranda Rights in their preferred language of Spanish. Both UDAs waived their rights in writing and consented to speak with agents without an attorney present. GAITAN-Guevara provided the following non-verbatim statements:

GAITAN-Guevara stated he arrived approximately two days ago in Reynosa, Mexico, before crossing the Rio Grande River into the United States on October 4, 2018. GAITAN-Guevara