**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 7:18-~~CR~~-2127-1 |
| <u>Roberto Zamorano</u> | § | |

### ORDER OF COMMITMENT

The above-named Defendant was initialed in the Southern District of Texas-Corpus Christi Division on **December 14, 2018**, upon the complaint of the charging a violation of **8 USC 1324**

The United States Marshal is commanded to remove the above named defendant forthwith to the Division which he is charged *(McAllen )* and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

ORDERED this 14th day of December, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE